IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GEORGE K. PRAGOVICH, | ) | Civ. No. 08-00174 SPK-KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

ORDER OVERRULING OBJECTION AND ADOPTING FINDINGS AND RECOMMENDATION

On June 16, 2008, U.S. Magistrate Judge Kevin S.C. Chang issued Findings and a Recommendation to Deny Petitioner's Petition to Quash Third Party Summonses. Petitioner has objected under LR 74.2 and 28 U.S.C. § 636(b)(1)(B).

Upon de novo review and having fully reviewed the filings on this matter, the Court OVERRULES the objections and ADOPTS Judge Chang's Findings and Recommendation. The record is clear that Petitioner had notice of the proceedings and failed to appear. Even assuming there might have been confusion as to the difference between the Scheduling Conference in July and the hearing on the petition to quash, it is not disputed that Petitioner had notice of both hearing dates (both of which he had an obligation to appear at, even if by telephone conference)

and he did not appear.  In any event, Judge Chang reviewed the matter on the merits and concluded that the Respondent Internal Revenue Service (and its agents) had made a prima facie showing as to the subject summonses.  See, e.g., United States v. Jose, 131 F.3d 1325, 1328 (9th Cir. 1997) (en banc).  It is also clear (even considering Petitioner's Reply Memorandum of June 25, 2008) that Petitioner has failed to satisfy his "heavy burden" of rebutting the presumption of good faith.  The Court also agrees that Petitioner has failed to demonstrate how his associational and expression rights are chilled by the ongoing IRS investigation.  See, e.g., United States v. Freedom Church, 613 F.2d 316, 320 (1st Cir. 1979).

Accordingly, the Court OVERRULES the objection, and ADOPTS the June 16, 2008 Findings and Recommendation.  As recommended, the Petition of April 18, 2008, is DENIED and the third-party summonses issued to Elise Travis, Bruce Travis, and Joseph Teipel may be enforced.

IT IS SO ORDERED.

DATED: July 16, 2008.

_____
Samuel P. King
Senior United States District Judge